THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,

Plaintiffs,

v.

NATIONAL SECURITIES CORPORATION, a Washington Corporation,

Defendant.

Case No.: 2:18-cv-01773-RSM

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES**

NOTING DATE: JANUARY 15, 2019
WITHOUT ORAL ARGUMENT

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Initial Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The initial case schedule is amended as follows:

| Deadline | Date |
| --- | --- |
| Defendant's Answer or 12(b) Motion Due | February 13, 2019 |
| FRCP 26(f) Conference | February 19, 2019 |
| Initial Disclosures | February 25, 2019 |

| Combined Joint Status Report and Discovery Plan | March 4, 2019 |

DATED this ____ day of January, 2019.

                              *s/*_____
                              THE HONORABLE RICARDO S. MARTINEZ

Presented by,

**BAKER & HOSTETLER LLP**

*s/ Douglas W. Greene*
*s/ James R. Morrison*
Douglas W. Greene, WSBA #22844
James R. Morrison, WSBA #43043
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
Email: jmorrison@bakerlaw.com

*Attorneys for Defendant National Securities Corporation*

*s/ David P. Neuman*
David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES - 2
CASE NO. 2:18-CV-1773

*s/ Alexander N. Loftus*
Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
Email: joe@stoltlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
joe@stoltlaw.com

*Attorneys for Plaintiffs*

        *s/ Serita Smith*
        Serita Smith
        Assistant to Douglas W. Greene and
        James Morrison