THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: MARCH 22, 2019<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon Defendant National Securities Corporation's Motion to Dismiss. Having reviewed:

1. Defendant's Motion to Dismiss;

2. Exhibits A through C to Defendant's Motion to Dismiss, which are Defendant's private placement memoranda that are incorporated by reference in Plaintiffs' Complaint;

3. _____;

4. _____;

5. _____; and

[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION TO DISMISS
Case No. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that Defendant National Securities Corporation's Motion to Dismiss is GRANTED. Plaintiffs' claims are dismissed with prejudice.

DATED this ____ day of _____, 2019.

s/ _____
THE HONORABLE RICARDO S. MARTINEZ

Presented by,

**BAKER & HOSTETLER LLP**

*s/ Douglas W. Greene*
*s/ James R. Morrison*
Douglas W. Greene, WSBA #22844
James R. Morrison, WSBA #43043
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
Email: jmorrison@bakerlaw.com

*s/ Daniel J. Buzzetta*
Daniel J. Buzzetta (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

*Attorneys for Defendant National Securities Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION TO DISMISS - 2
Case No. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the foregoing [PROPOSED] ORDER GRANTING DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
joe@stoltlaw.com

*Attorneys for Plaintiffs*

          *s/ Serita Smith*
          Serita Smith
          Assistant to Douglas W. Greene
          and James Morrison

[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION TO DISMISS - 3
Case No. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380