1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES GINZKEY, RICHARD
FITZGERALD, CHARLES CERF, BARRY
DONNER, and on behalf of the class members
described below,

        Plaintiffs,

  v.

NATIONAL SECURITIES CORPORATION,
a Washington Corporation,

        Defendant.

Case No.: C18-1773 RSM

**ORDER GRANTING STIPULATED
MOTION TO STAY DISCOVERY**

      THIS MATTER came before this Court upon the parties' Stipulated Motion to Stay Discovery. Having reviewed the parties Stipulated Motion to Stay Discovery; and being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that Stipulated Motion to Stay Discovery is GRANTED. Discovery shall be stayed until the Court rules on Defendant's motion to dismiss.

     //

     //

     //

     //

ORDER GRANTING STIPULATED MOTION
TO STAY DISCOVERY
Case No. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

DATED this 8th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

*s/ Douglas W. Greene*
*s/ James R. Morrison*
Douglas W. Greene, WSBA #22844
James R. Morrison, WSBA #43043
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
Email: jmorrison@bakerlaw.com

*s/ Daniel J. Buzzetta*
Daniel J. Buzzetta (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

*Attorneys for Defendant National*
*Securities Corporation*

ORDER GRANTING STIPULATED MOTION
TO STAY DISCOVERY - 2
Case No. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

1

*s/ David P. Neuman*

David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com


*s/ Alexander N. Loftus*

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
Email: joe@stoltlaw.com

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION
TO STAY DISCOVERY - 3
Case No. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380