# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: C18-1773 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO RESET INITIAL CASE DEADLINES** |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Reset Initial Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The initial case schedule is reset as follows:

| Deadline | Date |
|---|---|
| FRCP 26(f) Conference | July 15, 2019 |
| Initial Disclosures | July 22, 2019 |
| Combined Joint Status Report and Discovery Plan | July 29, 2019 |

ORDER GRANTING STIPULATED MOTION
TO RESET INITIAL CASE DEADLINES
CASE NO. 2:18-CV-1773

DATED this 14th day of June 2019.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

**BAKER & HOSTETLER LLP**

*s/ Douglas W. Greene*
*s/ James R. Morrison*
Douglas W. Greene, WSBA #22844
James R. Morrison, WSBA #43043
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
Email: jmorrison@bakerlaw.com

*Attorneys for Defendant National Securities Corporation*

*s/ David P. Neuman*
David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

*s/ Alexander N. Loftus*
Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
Email: joe@stoltlaw.com

*Attorneys for Plaintiffs*