THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**STIPULATED MOTION TO REVISE SCHEDULING ORDER REGARDING CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>OCTOBER 3, 2019<br>WITHOUT ORAL ARGUMENT |

///

///

STIPULATED MOTION TO REVISE SCHEDULING ORDER REGARDING CLASS CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1   Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner
2   (collectively, "Plaintiffs") and Defendant National Securities Corporation ("Defendant")
3   (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this
4   Stipulated Motion to Revise the Scheduling Order Regarding Class Certification in this case.

5   **IT IS HEREBY STIPULATED**:

6   WHEREAS, Plaintiffs filed the Complaint in this action on December 10, 2018
7   (ECF No. 1);

8   WHEREAS, the Court issued a Rule 16(b) and Rule 23(d) Scheduling Order Regarding
9   Class Certification on August 2, 2019 (ECF No. 33). The Court set a deadline for the Parties to
10  complete discovery on class certification by November 3, 2019. The Court set a deadline for
11  Plaintiffs to file a motion for class certification by December 3, 2019;

12  WHEREAS, in September 2019, Defendant retained new lead counsel for this case.
13  Defendant is now represented by Fred Knopf, Chad Weaver, Elizabeth Fellmeth, and Nikki
14  Sachdeva of Freeman Mathis & Gary, LLP. Counsel are located in Connecticut and California
15  and will file applications to appear *pro hac vice* in this case. Defendant also continues to be
16  represented by Douglas Greene and James Morrison of Baker & Hostetler LLP in Seattle,
17  Washington;

18  WHEREAS, the Parties have begun to conduct discovery on class certification through
19  written discovery requests;

20  WHEREAS, given the complexity of the class certification issues and the nature of
21  Plaintiffs' claims, the Parties anticipate conducting substantial additional discovery regarding class
22  certification, including document discovery, depositions of the four Plaintiffs, depositions of
23  additional investor witnesses, and Rule 30(b)(6) depositions of Defendant;

24  WHEREAS, there is good cause to continue the deadlines for class certification discovery
25  and briefing based on Defendant's retention of new counsel. Counsel have required time to

1  transfer and review case files, investigate Plaintiffs' claims, and confer with Plaintiffs' counsel
2  regarding discovery;

3  WHEREAS, there is further good cause to revise the Scheduling Order Regarding Class
4  Certification given the amount of time required to conduct all necessary discovery on class
5  certification issues. In particular, the Parties anticipate that they will need three additional months
6  to collect and exchange documents, prepare for and take several depositions, confer on any
7  discovery issues, and make any necessary discovery motions. The Parties request that the deadline
8  for discovery on class certification be set no earlier than February 3, 2020 to allow for the Parties
9  to take all necessary depositions, considering the scheduling needs and constraints of
10 approximately six to ten witnesses (who are located in different states), counsel for Plaintiffs and
11 Defendant, and the upcoming holidays;

12 WHEREAS, the Parties therefore request that the Court revise its Rule 16(b) and Rule
13 23(d) Scheduling Order Regarding Class Certification to allow time for the Parties to adequately
14 conduct discovery on and brief the class certification issues;

15 **NOW THEREFORE**, in consideration of the Parties' stipulation and good cause shown,
16 the Parties respectfully request the Court's approval of this Motion and an Order revising the
17 Scheduling Order as follows:

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | February 3, 2020 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | March 2, 2020 |

STIPULATED MOTION TO REVISE SCHEDULING
ORDER REGARDING CLASS CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

| | |
|---|---|
| 1  DATED: October 2, 2019 | |
| 2 | By: _/s/ Alexander N. Loftus_____ |
|   | David P. Neuman, WSBA #48176 |
| 3 | **ISRAELS NEUMAN PLC** |
|   | 10900 NE 8th Street, Suite 100 |
| 4 | PMB #155 |
|   | Bellevue, Washington 98004 |
| 5 | Tel: (206) 795-5798 |
|   | Email: dave@israelsneuman.com |
| 6 | |
|   | Alexander N. Loftus, *pro hac vice* |
| 7 | Joseph Wojciechowski, *pro hac vice* |
|   | **STOLTMANN LAW OFFICES** |
| 8 | 233 S. Wacker, 84th Floor |
|   | Chicago, IL 60606 |
| 9 | Tel: (312) 332-4200 |
|   | Email: alex@stoltlaw.com |
| 10 | joe@stoltlaw.com |
| 11 | |
|   | Joshua B. Kons, Esq.*, pro hac vice* |
| 12 | **LAW OFFICES OF JOSHUA B. KONS, LLC** |
|   | 939 West North Avenue, Suite 750 |
| 13 | Chicago, IL 60642 |
|   | Tel: (312) 757-2272 |
| 14 | Email: joshuakons@konslaw.com |
| 15 | |
|   | *Attorneys for Plaintiffs* |
| 16 | *James Ginzkey, Richard Fitzgerald, Charles* |
|   | *Cerf, and Barry Donner* |
| 17 | |
| 18 | |
| 19 | DATED: October 1, 2019 |
| 20 | By: __/s/ James R. Morrison_____ |
|   | Douglas W. Greene, WSBA #22844 |
| 21 | James R. Morrison, WSBA #43043 |
|   | **BAKER & HOSTETLER** |
| 22 | 999 Third Avenue, Suite 3600 |
|   | Seattle, Washington 98104 |
| 23 | Tel: (206) 332-1380 |
|   | Fax: (206) 624-7317 |
| 24 | Email: dgreene@bakerlaw.com |
|   | Email: jmorrison@bakerlaw.com |
| 25 | |
| 26 | |
| 27 | |

STIPULATED MOTION TO REVISE SCHEDULING          BAKER & HOSTETLER LLP
ORDER REGARDING CLASS CERTIFICATION              999 Third Avenue, Suite 3600
Case No.: 2:18-CV-1773                                              Seattle, WA 98104-4040
                                                                                  Telephone: (206) 332-1380

Fred Knopf, *pro hac vice pending*
Chad Weaver, *pro hac vice pending*
Elizabeth Fellmeth, *pro hac vice pending*
K. Nikki Sachdeva, *pro hac vice pending*
**FREEMAN MATHIS & GARY LLP**
3650 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
fknopf@fmglaw.com
cweaver@fmglaw.com
efellmeth@fmglaw.com
nsachdeva@fmglaw.com

*Attorneys for Defendant*
*National Securities Corporation*

**IT IS SO ORDERED**.

DATED: _____, 2019         By: _____
                                              **HON. RICARDO S. MARTINEZ**
                                              **UNITED STATES DISTRICT JUDGE**

STIPULATED MOTION TO REVISE SCHEDULING
ORDER REGARDING CLASS CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380