THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES GINZKEY, RICHARD
FITZGERALD, CHARLES CERF, BARRY
DONNER, and on behalf of the class members
described below,

        Plaintiffs,

        v.

NATIONAL SECURITIES CORPORATION,
a Washington Corporation,

        Defendant.

Case No.: 2:18-cv-01773-RSM

**STIPULATED MOTION AND ORDER
TO REVISE SCHEDULING ORDER
REGARDING CLASS
CERTIFICATION**

Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner (collectively, "Plaintiffs") and Defendant National Securities Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulated Motion to Revise the Scheduling Order Regarding Class Certification in this case.

**IT IS HEREBY STIPULATED**:

WHEREAS, Plaintiffs filed the Complaint in this action on December 10, 2018 (ECF No. 1);

STIPULATED MOTION AND ORDER TO REVISE
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1      WHEREAS, the Court issued a Rule 16(b) and Rule 23(d) Scheduling Order Regarding

2   Class Certification on August 2, 2019 (ECF No. 33).  The Court set a deadline for the Parties to

3   complete discovery on class certification by November 3, 2019.  The Court set a deadline for

4   Plaintiffs to file a motion for class certification by December 3, 2019;

5      WHEREAS, in September 2019, Defendant retained new lead counsel for this case.

6   Defendant is now represented by Fred Knopf, Chad Weaver, Elizabeth Fellmeth, and Nikki

7   Sachdeva of Freeman Mathis & Gary, LLP.  Counsel are located in Connecticut and California

8   and will file applications to appear *pro hac vice* in this case.  Defendant also continues to be

9   represented by Douglas Greene and James Morrison of Baker & Hostetler LLP in Seattle,

10  Washington;

11     WHEREAS, the Parties have begun to conduct discovery on class certification through

12  written discovery requests;

13     WHEREAS, given the complexity of the class certification issues and the nature of

14  Plaintiffs' claims, the Parties anticipate conducting substantial additional discovery regarding class

15  certification, including document discovery, depositions of the four Plaintiffs, depositions of

16  additional investor witnesses, and Rule 30(b)(6) depositions of Defendant;

17     WHEREAS, there is good cause to continue the deadlines for class certification discovery

18  and briefing based on Defendant's retention of new counsel.  Counsel have required time to

19  transfer and review case files, investigate Plaintiffs' claims, and confer with Plaintiffs' counsel

20  regarding discovery;

21     WHEREAS, there is further good cause to revise the Scheduling Order Regarding Class

22  Certification given the amount of time required to conduct all necessary discovery on class

23  certification issues.  In particular, the Parties anticipate that they will need three additional months

24  to collect and exchange documents, prepare for and take several depositions, confer on any

25  discovery issues, and make any necessary discovery motions.  The Parties request that the deadline

26  for discovery on class certification be set no earlier than February 3, 2020 to allow for the Parties

27

STIPULATED MOTION AND ORDER TO REVISE
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

1 to take all necessary depositions, considering the scheduling needs and constraints of

2 approximately six to ten witnesses (who are located in different states), counsel for Plaintiffs and

3 Defendant, and the upcoming holidays;

4       WHEREAS, the Parties therefore request that the Court revise its Rule 16(b) and Rule

5 23(d) Scheduling Order Regarding Class Certification to allow time for the Parties to adequately

6 conduct discovery on and brief the class certification issues;

7       **NOW THEREFORE**, in consideration of the Parties' stipulation and good cause shown,

8 the Parties respectfully request the Court's approval of this Motion and an Order revising the

9 Scheduling Order as follows:

10

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | February 3, 2020 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | March 2, 2020 |

19 DATED: October 2, 2019

20                   By: _/s/ Alexander N. Loftus_____
                     David P. Neuman, WSBA #48176

21                      **ISRAELS NEUMAN PLC**
                     10900 NE 8th Street, Suite 100

22                      PMB #155
                     Bellevue, Washington 98004

23                      Tel: (206) 795-5798
                     Email: dave@israelsneuman.com

24

25                      Alexander N. Loftus, *pro hac vice*
                     Joseph Wojciechowski, *pro hac vice*

26                      **STOLTMANN LAW OFFICES**
                     233 S. Wacker, 84th Floor

27

STIPULATED MOTION AND ORDER TO REVISE
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
joe@stoltlaw.com

Joshua B. Kons, Esq., *pro hac vice*
**LAW OFFICES OF JOSHUA B. KONS, LLC**
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Email: joshuakons@konslaw.com

*Attorneys for Plaintiffs*
*James Ginzkey, Richard Fitzgerald, Charles*
*Cerf, and Barry Donner*

DATED: October 1, 2019

By:   */s/ James R. Morrison*
    Douglas W. Greene, WSBA #22844
    James R. Morrison, WSBA #43043
    **BAKER & HOSTETLER**
    999 Third Avenue, Suite 3600
    Seattle, Washington 98104
    Tel: (206) 332-1380
    Fax: (206) 624-7317
    Email: dgreene@bakerlaw.com
    Email: jmorrison@bakerlaw.com

Fred Knopf, *pro hac vice pending*
Chad Weaver, *pro hac vice pending*
Elizabeth Fellmeth, *pro hac vice pending*
K. Nikki Sachdeva, *pro hac vice pending*
**FREEMAN MATHIS & GARY LLP**
3650 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
fknopf@fmglaw.com
cweaver@fmglaw.com
efellmeth@fmglaw.com
nsachdeva@fmglaw.com
*Attorneys for Defendant*
*National Securities Corporation*

STIPULATED MOTION AND ORDER TO REVISE
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1

2 **IT IS SO ORDERED**.

3

4 DATED: October 7, 2019

5

6

7 RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO REVISE
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380