UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**STIPULATED MOTION AND ORDER REVISING SCHEDULING ORDER REGARDING CLASS CERTIFICATION** |

Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner (collectively, "Plaintiffs") and Defendant National Securities Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulated Motion to Revise the Scheduling Order Regarding Class Certification in this case.

**IT IS HEREBY STIPULATED**:

WHEREAS, Plaintiffs filed the Complaint in this action on December 10, 2018 (ECF No. 1);

WHEREAS, the Court issued an Order on October 7, 2019 on the Parties' prior Stipulated Motion to Revise the Scheduling Order (ECF No. 35). The Court set a deadline for the Parties to

STIPULATED MOTION AND ORDER REVISING
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1  complete discovery on class certification by February 3, 2020.  The Court set a deadline for
2  Plaintiffs to file a motion for class certification by March 2, 2020;

3  WHEREAS, the Parties are conducting discovery on class certification through written
4  discovery requests, document productions, and depositions.  In order to respond to discovery
5  requests, Defendants are in the process of reviewing over 140,000 pages of documents and
6  anticipate the need to collect additional documents.  The Parties also need to take at least five
7  depositions prior to briefing class certification issues;

8  WHEREAS, given the complexity of the class certification issues, the volume of document
9  discovery to be conducted, and the witnesses' and counsel's availability for depositions, the Parties
10 anticipate that they will require additional time to complete discovery regarding class certification;

11 WHEREAS, should the Court grant the Parties' request to revise the Scheduling Order, the
12 Parties have agreed to conduct the necessary depositions pursuant to the following schedule:

- Rule 30(b)(6) Deposition of Defendant on February 25, 2020 in New York, NY;
- Deposition of Plaintiffs James Ginzkey and Richard Fitzgerald on March 2, 2020 and March 3, 2020 in Chicago, IL;
- Deposition of Plaintiff Barry Donner on March 11, 2020, in Orange County, CA;
- Deposition of Plaintiff Charles Cerf on March 23, 2020 in Washington, DC;

18 WHEREAS, there is good cause to continue the deadlines for class certification discovery
19 and briefing given the amount of time required to conduct all necessary discovery on class
20 certification issues.  In particular, the Parties anticipate that they will need approximately 90
21 additional days to collect and exchange documents, prepare for and take depositions, confer on
22 any discovery issues, and make any necessary discovery motions;

23 WHEREAS, the Parties therefore request that the Court revise its Rule 16(b) and Rule
24 23(d) Scheduling Order Regarding Class Certification, and its Order of October 7, 2020, to allow
25 time for the Parties to adequately conduct discovery on and brief the class certification issues;

STIPULATED MOTION AND ORDER REVISING
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

**NOW THEREFORE**, in consideration of the Parties' stipulation and good cause shown, the Parties respectfully request the Court's approval of this Motion and an Order revising the Scheduling Order as follows:

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | May 4, 2020 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | June 4, 2020 |

DATED: January 14, 2020

By: *s/ Alexander N. Loftus*
David P. Neuman, WSBA #48176
**ISRAELS NEUMAN PLC**
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
**STOLTMANN LAW OFFICES**
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
joe@stoltlaw.com

Joshua B. Kons, Esq., *pro hac vice*
**LAW OFFICES OF JOSHUA B. KONS, LLC**
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272

STIPULATED MOTION AND ORDER REVISING
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

| | |
|---|---|
| 1 | Email: joshuakons@konslaw.com |
| 2 | *Attorneys for Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner* |
| 3 | |

DATED: January 14, 2020

By: *s/ James R. Morrison*
Douglas W. Greene, WSBA #22844
James R. Morrison, WSBA #43043
**BAKER & HOSTETLER**
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
Email: jmorrison@bakerlaw.com

Fred Knopf, *pro hac vice pending*
Chad Weaver, *pro hac vice pending*
Elizabeth Fellmeth, *pro hac vice*
K. Nikki Sachdeva, *pro hac vice pending*
**FREEMAN MATHIS & GARY LLP**
3650 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
fknopf@fmglaw.com
cweaver@fmglaw.com
efellmeth@fmglaw.com
nsachdeva@fmglaw.com
*Attorneys for Defendant
National Securities Corporation*

**IT IS SO ORDERED** this 15th day of January 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REVISING
SCHEDULING ORDER REGARDING CLASS
CERTIFICATION
Case No.: 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380