THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**STIPULATED MOTION TO REVISE SCHEDULING ORDER REGARDING CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>JULY 20, 2020<br>WITHOUT ORAL ARGUMENT |

Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner (collectively, "Plaintiffs") and Defendant National Securities Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulated Motion to Revise the Scheduling Order Regarding Class Certification in this case.

**IT IS HEREBY STIPULATED**:

WHEREAS, Plaintiffs filed the Complaint in this action on December 10, 2018 (ECF No. 1);

WHEREAS, the Court issued an Order on May 13, 2020 on the Parties' prior Stipulated Motion to Revise the Scheduling Order (ECF No. 46). The Court set a deadline for the Parties to

---

STIPULATED MOTION TO REVISE SCHEDULING
ORDER REGARDING CLASS CERTIFICATION
(Case No.: 2:18-CV-1773)

-1-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

complete discovery on class certification by August 3, 2020. The Court set a deadline for Plaintiffs to file a motion for class certification by September 4, 2020;

WHEREAS, the world is currently experiencing a global pandemic as a result of the outbreak of Coronavirus Disease ("Coronavirus") and all litigation and legal proceedings have been delayed as a result;

WHEREAS, this Court's General Order Nos. 02-20, 03-20, and 08-20 have continued all civil hearings pending further order of the Court;

WHEREAS, the Parties are conducting discovery on class certification through written discovery requests, document productions, and depositions. In order to respond to discovery requests, Defendants have been reviewing over 140,000 pages of documents and anticipate the need to collect additional documents. The Parties also need to take an additional three depositions prior to briefing class certification issues. The Parties' scheduled depositions were postponed due to the Coronavirus. Given the continuing pandemic, the Parties now intend to take these depositions remotely but had been waiting to see if in-person depositions would have been possible;

WHEREAS, given the delays caused by the Coronavirus, the complexity of the class certification issues, the volume of document discovery to be conducted, and the witnesses' and counsel's availability for depositions, the Parties anticipate that they will require additional time to complete discovery regarding class certification. While the Parties had previously requested extensions that they believed would allow enough time, the Parties have been unable to complete all of the work necessary to brief class certification at this time;

WHEREAS, there is good cause to continue the deadlines for class certification discovery and briefing given the amount of time required to conduct all necessary discovery on class certification issues. In particular, the Parties anticipate that they will need approximately 60 additional days to collect and exchange documents, prepare for and take depositions, confer on any discovery issues, and make any necessary discovery motions;

WHEREAS, the Parties therefore request that the Court revise its Rule 16(b) and Rule 23(d) Scheduling Order Regarding Class Certification, and its Order of May 13, 2020, to allow time for the Parties to adequately conduct discovery on and brief the class certification issues;

**NOW THEREFORE**, in consideration of the Parties' stipulation and good cause shown, the Parties respectfully request the Court's approval of this Motion and an Order revising the Scheduling Order as follows:

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | October 2, 2020 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | November 3, 2020 |

DATED: July 20, 2020

By: *s/ Alexander N. Loftus*
David P. Neuman, WSBA #48176
**ISRAELS NEUMAN PLC**
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
**STOLTMANN LAW OFFICES**
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com; joe@stoltlaw.com

Joshua B. Kons, Esq., *pro hac vice*
**LAW OFFICES OF JOSHUA B. KONS, LLC**
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Email: joshuakons@konslaw.com

*Attorneys for Plaintiffs*

ORDER REGARDING CLASS CERTIFICATION
(Case No.: 2:18-CV-1773)

-3-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

|  |  |
|---|---|
| DATED: July 20, 2020 | By: *s/ James R. Morrison* <br> Douglas W. Greene, WSBA #22844 <br> James R. Morrison, WSBA #43043 <br> **BAKER & HOSTETLER** <br> 999 Third Avenue, Suite 3600 <br> Seattle, Washington 98104 <br> Tel: (206) 332-1380 <br> Email: dgreene@bakerlaw.com <br> Email: jmorrison@bakerlaw.com <br><br> Daniel J. Buzzetta (pro hac vice) <br> **BAKER & HOSTETLER** <br> 45 Rockefeller Plaza <br> New York, NY 10111 <br> Tel: (212) 589-4236 <br> Fax: (212) 589-4201 <br> Email: dbuzzetta@bakerlaw.com <br><br> *Attorneys for Defendant* <br> *National Securities Corporation* |

**IT IS SO ORDERED**.

DATED: July 21, 2020

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO REVISE SCHEDULING
ORDER REGARDING CLASS CERTIFICATION
(Case No.: 2:18-CV-1773)

-4-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380