THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:            All Parties

AND TO:    Their Counsel of Record

AND TO:    The Clerk of the Court

PLEASE TAKE NOTICE that effective immediately the undersigned counsel's address has changed to the following:

BAKER & HOSTETLER LLP

Douglas W. Greene, WSBA #22844
James R. Morrison, WSBA #43043
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076

---

NOTICE OF CHANGE OF ADDRESS
(Case No.: 2:18-CV-1773)

-1-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Please note that the undersigned counsel's telephone and facsimile numbers will remain the same: telephone (206) 332-1380 and facsimile (206) 624-7317.

DATED: September 29th, 2020

> By: *s/ James R. Morrison*
> Douglas W. Greene, WSBA #22844
> James R. Morrison, WSBA #43043
> **BAKER & HOSTETLER**
> 999 Third Avenue, Suite 3900
> Seattle, Washington 98104
> Tel: (206) 332-1380
> Fax: (206) 624-7317
> Email: dgreene@bakerlaw.com
> Email: jmorrison@bakerlaw.com
>
> *Counsel for Defendant*
> *National Securities Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via CM/ECF upon the following:

David P. Neuman
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus
Joseph Wojciechowski
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
joe@stoltlaw.com

Joshua B. Kons, Esq.
Law Offices of Joshua B. Kons, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
joshuakons@konslaw.com

*Attorneys for Plaintiffs*

DATED this 29th day of September, 2020 at Normandy Park, Washington.

                                                    *s/ Jennifer Hickman*
                                                    Jennifer Hickman

NOTICE OF CHANGE OF ADDRESS          -3-          BAKER & HOSTETLER LLP
(Case No.: 2:18-CV-1773)                                                              999 Third Avenue, Suite 3900
                                                                                                                    Seattle, WA 98104-4076
                                                                                                                    Telephone:  (206) 332-1380