# Exhibit 1

## Proposed Order Granting Class Certification

THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation<br><br>*Defendant*. | Case No.: 2:18-cv-1773-RSM<br><br>**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION** |

WHEREAS, THIS MATTER came before the Court on Plaintiffs' Motion for Class Certification;

WHEREAS, THE COURT considered the parties' briefs, declarations and arguments and is duly informed;

NOW, THEREFORE, THE COURT ORDERS THAT the motion is GRANTED; and FURTHER ORDERS THAT:

1. That the Class and Subclasses described in Plaintiffs' brief each be certified as a class under Fed. R. Civ. P. 23(b)(3);

1

[PROPOSED] ORDER GRANTING CLASS CERTIFICATION
Case No. 2:18-cv-1773-RSM

STOLTMANN LAW OFFICES, P.C.
161 North Clark St., 16th Floor
Chicago, Illinois 60601
312-332-4200

2. That the following persons or entities are excluded from the Class or Subclasses: "Excluded from the Class or Subclasses are Defendant and any of its officers, directors, employees, agents, parents, affiliates or subsidiaries. Also excluded is any entity related to or affiliated with Beamreach, and any judicial officers presiding over this matter and their immediate family members."

3. That Plaintiffs, James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner are designated and appointed as representatives for the Class and the Subclasses;

4. That Stoltmann Law Offices, P.C. and Law Offices of Joshua B. Kons, LLC are appointed as counsel for the Class and Subclasses; and

5. That no later than thirty (30) days from the date of this order, Plaintiffs shall submit to Defendant's counsel the proposed Notice forms and the Plan for disseminating Notice to the Class and Subclasses. Counsel shall then confer as to the proposed Notice and Plan. The parties shall submit an agreed Notice and Plan to the court. If the parties are not in agreement, each will submit their proposed Notice and Plan to the court for decision.

Dated this ___ day of _____,20___.

_____
HON. RICARDO S. MARTINEZ
United States District Judge

"Presented by"
Dated this 3rd day of November, 2020

By: /s/ David Neuman
David Neuman, Esq. (WSB #48176)
ISRAELS NEUMAN PLC
10900 NE 8th Street, Suite 1000
Bellevue, Washington 98004
dave@israelsneuman.com

[PROPOSED] ORDER GRANTING CLASS CERTIFICATION
Case No. 2:18-cv-1773-RSM

STOLTMANN LAW OFFICES, P.C.
161 North Clark St., 16th Floor
Chicago, Illinois 60601
312-332-4200