THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**STIPULATED MOTION TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>NOVEMBER 5, 2020<br>WITHOUT ORAL ARGUMENT |

Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, and Barry Donner (collectively, "Plaintiffs") and Defendant National Securities Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulated Motion to Revise the Briefing Schedule Regarding Plaintiffs' Motion for Class Certification in this case.

**IT IS HEREBY STIPULATED**:

WHEREAS, Plaintiffs filed this putative class action against Defendant National Securities Corporation, alleging that it was negligent in conducting due diligence and approving for sale certain securities in a solar company, Beamreach. Defendant denies Plaintiffs' claims.

STIPULATED MOTION TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(Case No.: 2:18-CV-1773)

-1-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1    WHEREAS, Plaintiffs filed a motion for class certification on November 3, 2020. Their motion seeks to certify a class of "All persons who invested in Beamreach Offerings … through the Defendant, at any time between February 6, 2015 and February 9, 2017 inclusive" and multiple subclasses.

WHEREAS, Defendant anticipates that because of the complicated issues raised by Plaintiffs' motion, Defendant will require additional time to analyze the motion and prepare its response to Plaintiffs' motion for class certification. Plaintiffs do not oppose an extension of the briefing schedule for their motion for class certification.

**NOW THEREFORE**, in consideration of the Parties' stipulation and good cause shown, the Parties respectfully request the Court's approval of this Motion to Revise the Briefing Schedule Regarding Plaintiffs' Motion for Class Certification as follows:

| | |
|---|---|
| Deadline for Defendant's Response | December 8, 2020 |
| Deadline for Plaintiffs' Reply | December 22, 2020 |

DATED: November 5, 2020           By: *s/ David P. Neuman*
David P. Neuman, WSBA #48176
**ISRAELS NEUMAN PLC**
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
**STOLTMANN LAW OFFICES**
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com; joe@stoltlaw.com

Joshua B. Kons, Esq., *pro hac vice*
**LAW OFFICES OF JOSHUA B. KONS, LLC**
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272

STIPULATED MOTION TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(Case No.: 2:18-CV-1773)
-2-
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

|   |   |   |
|---|---|---|
| | | Email: joshuakons@konslaw.com |
| | | *Attorneys for Plaintiffs* |

DATED: November 5, 2020      By: *s/ James R. Morrison*
　　　　　　　　　　　　　　　　Douglas W. Greene, WSBA #22844
　　　　　　　　　　　　　　　　James R. Morrison, WSBA #43043
　　　　　　　　　　　　　　　　**BAKER & HOSTETLER**
　　　　　　　　　　　　　　　　999 Third Avenue, Suite 3900
　　　　　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　　　　　Tel: (206) 332-1380
　　　　　　　　　　　　　　　　Email: dgreene@bakerlaw.com
　　　　　　　　　　　　　　　　Email: jmorrison@bakerlaw.com

　　　　　　　　　　　　　　　　Daniel J. Buzzetta (pro hac vice)
　　　　　　　　　　　　　　　　**BAKER & HOSTETLER**
　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　Tel: (212) 589-4236
　　　　　　　　　　　　　　　　Fax: (212) 589-4201
　　　　　　　　　　　　　　　　Email: dbuzzetta@bakerlaw.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　*National Securities Corporation*

**IT IS SO ORDERED**.

DATED:  November 6, 2020.

　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(Case No.: 2:18-CV-1773)

-3-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380