**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,

*Plaintiffs*,

v.

NATIONAL SECURITIES CORPORATION, a Washington Corporation

*Defendant*.

**Case No.: 2:18-cv-1773RSM**

**JOINT STATUS REPORT**

Plaintiffs, JAMES GINZKEY ("Ginskey"), RICHARD FITZGERALD ("Fitzgerald"), CHARLES CERF ("Cerf"), BARRY DONNER ("Donner") (collectively, the "Plaintiffs"), and Defendant, NATIONAL SECURITIES CORPORATION ("NSC"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

Pursuant to the Order Granting Plaintiffs' Motion for Class Certification dated April 27, 2021, within thirty days therefrom and on May 24, 2021, Plaintiffs submitted to counsel for Defendant draft long-form and short-form notices to be sent to the class members advising them of the existence of the class and their rights. On June 4, 2021, Defendant returned to Counsel for Plaintiffs edited versions of the notices. On June 7, 2021, Counsel for the parties held a conference call during which the edits to the proposed notices were discussed and agreed to. Counsel further discussed issues related to administration of the class notices, hiring an administrator, and agreed to cooperate to the fullest extent possible on ensuring the creation of a complete and accurate contact list for the class members. It is contemplated that

at least some of the class members are clients of Defendant and as such, to the extent Beamreach investor lists that have been produced have inaccurate mailing addresses for some class members, Defendant agreed to work with Plaintiffs' counsel to ensure an accurate mailing list is generated. The parties agreed to submit an Agreed Notice and Plan to the court with sixty days of the date of this status report.

Plaintiffs respectfully request this matter be set for a telephone status in July in order to set trial dates. Plaintiffs have requested a jury trial and this case would likely require two full weeks of the court's time. It is Plaintiffs' position that considering the effects of the pandemic on the jury system, the class would greatly benefit from setting a trial date before the backlog of trials clears.

Defendant has appealed the Court's order granting class certification to the Ninth Circuit Court of Appeals and has moved this Court to stay this case pending resolution of the Ninth Circuit's appellate proceedings. Accordingly, Defendant's position is that notice should not be provided until the Ninth Circuit's proceedings are completed, if still necessary. Similarly, Defendant's position is that a trial date should not be set until the Ninth Circuit has concluded appellate proceedings.

Dated this 10th day of June, 2021.

FOR PLAINTIFFS

By: /s/*Joseph R. Wojciechowski*
One of Their Attorneys

Joseph Wojciechowski, Esq.
Sara Hanley, Esq.
*Pro Hac Vice*

FOR DEFENDANTS

By: /s/ *Douglas Greene*
By: /s/ *James Morrison*

Douglas Greene, WSBA#22844
James Morrison, WSBA #43043
BAKER & HOSTEETLER, LLP


STOLTMANN LAW OFFICES, P.C.
161 N. Clark St., 16th Floor
Chicago, Illinois 60601
PH: (312) 332-4200
joe@stoltlaw.com
sara@stoltlaw.com

Joshua B. Kons, Esq.
LAW OFFICES OF JOSHUA B. KONS, LLC
*Pro Hac Vice*
92 Hopmeadow St., Lower Level
Weatogue, Connecticut 06089
PH: (860) 920-5181
joshuakons@konslaw.com

David Neuman, Esq. (WSB #48176)
ISRAELS NEUMAN PLC
10900 NE 8th Street, Suite 1000
Bellevue, Washington 98004
dave@israelsneuman.com

Alexander Loftus, Esq.
*Pro hac vice*
LOFTUS & EISENBERG, LTD.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
alex@loftusandeisenberg.com

999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel: (206) 332-1380
Fax: (206) 624-7317
dgreene@bakerlaw.com
jmorrison@bakerlaw.com

By: */s/ Daniel Buzzetta*

Daniel Buzzetta (*pro hac vice*)
BAKER HOSTETLER, LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel: (212) 589-4236
Fax: (212) 589-4201
dbuzzetta@bakerlaw.com