THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>   Plaintiffs,<br><br>  v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>   Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**NOTICE OF APPEARANCE OF CURT ROY HINELINE** |

**PLEASE TAKE NOTICE** that Curt Roy Hineline of Baker & Hostetler LLP, hereby appears on behalf of Defendant National Securities Corporation ("Defendant"), and respectfully requests that the Clerk of this Court and all counsel of record take notice of this appearance.

//
//
//
//
//
//

---

NOTICE OF APPEARANCE OF
CURT ROY HINELINE
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

1     DATED this 2nd day of August, 2021.

2                                             Respectfully submitted,

**BAKER & HOSTETLER LLP**

*s/ Curt Roy Hineline*
Curt Roy Hineline, WSBA #16317
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: chineline@bakerlaw.com

*Attorney for Defendant*
*National Securities Corporation*

---

NOTICE OF APPEARANCE OF
CURT ROY HINELINE - 2 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

**CERTIFICATE OF SERVICE**

I hereby certify that on August 02, 2021, I electronically filed the foregoing NOTICE OF APPEARANCE OF CURT ROY HINELINE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Joseph Wojciechowski, Esq., *pro hac vice*
Sara Hanley, Esq., pro hac vice
Stoltmann Law Offices, P.C.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
Email: joe@stoltlaw.com
    sara@stoltlaw.com

Joshua B. Kons, Esq.
LAW OFFICES OF JOSHUA B. KONS, LLC
92 Hopmeadow St., Lower Level
Weatogue, Connecticut 06089
PH: (860) 920-5181
Email: joshuakons@konslaw.com

Alexander Loftus, Esq.
*Pro hac vice*
LOFTUS & EISENBERG, LTD.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
alex@loftusandeisenberg.com

***Attorneys for Plaintiffs***

James Morrison, WSBA #43043
BAKER & HOSTEETLER, LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
       jmorrison@bakerlaw.com

Daniel Buzzetta (*pro hac vice*)
BAKER HOSTETLER, LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

***Attorneys for Defendant***

*s/ Laetitia Knox*
Laetitia Knox
Assistant to Curt R. Hineline

NOTICE OF APPEARANCE OF
CURT ROY HINELINE - 3 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380