# Appendix A
## Proposed Long Form Letter Notice

*Return Mail Only*
      BEAMREACH CLASS ACTION
      PO BOX 23698
      JACKSONVILLE, FL  32241-3698

↔βαρχοδε39≈
*Postal Service: Please do not mark barcode*

«fname» «lname»
«addrline1» «addrline3»
«addrcity» «addrstate»  «addrzip»

**Notice ID:** «noticeid»

**PIN:** «pin»

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

# If you invested in Beamreach Solar, Inc. (f/k/a Solexel, Inc.) through National Securities Corporation, a class action lawsuit may affect your rights.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- James Ginzkey, Richard Fitzgerald, Charles Cerf, Barry Donner (Plaintiffs) have sued National Securities Corporation (NSC or Defendant), alleging that NSC was negligent in its due diligence and approval of Beamreach for sale to investors, and that it was unjustly enriched by retaining the commissions from such sales. NSC denies all liability and claims against it.

- The Court has allowed the lawsuit to be a class action on behalf of all persons who invested in Beamreach through NSC at any time between February 6, 2015 and February 9, 2017.

- The Court has not decided whether Defendant did anything wrong. There is no money available now, and no guarantee there will be. However, your legal rights are affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.** <br><br> By doing nothing, you keep the possibility of getting money that may come from a trial or a settlement. But, you give up any rights to sue NSC separately about the same legalclaims in this lawsuit. |
| **ASK TO BE EXCLUDED** | Get out of this lawsuit.  Get no benefits from it.  Keep rights. <br><br> If you ask to be excluded and monies are later awarded, you won't share in those. But you keep any rights to sue NSC separately about the same legal claims in this lawsuit. |

- **YOUR OPTIONS ARE EXPLAINED IN THIS NOTICE.  TO ASK TO BE EXCLUDED, YOU MUST ACT BEFORE <mark>DATE, 2021</mark>.**

- **LAWYERS MUST PROVE THE CLAIMS AGAINST NSC AT A TRIAL (THE DATE OF WHICH IS YET TO BE SET). IF MONEY IS OBTAINED FROM NSC, YOU WILL BE NOTIFIED ABOUT HOW TO ASK FOR A SHARE.**

- **ANY QUESTIONS? READ ON AND VISIT www.BeamreachClassAction.com.**

## BASIC INFORMATION

### 1. Why did I get this notice?

NSC's records indicate that you may have invested in Beamreach through NSC. This notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against NSC, on your behalf, are correct. Judge Ricardo S. Martinez of the United States District Court for the Western District of Washington is overseeing this class action. The lawsuit is known as *James Ginzkey et al. v. National Securities Corporation, Case No. C18-1773-RSM.*

### 2. What is a class action?

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims. All of these people are a class, or class members. One court resolves the issues for all class members, except those who exclude themselves from the class. You, as an individual class member, will have no control over the lawsuit and important decisions will be made by the class representatives and the attorneys representing them.

The Court has certified three "Sub-Classes," a "Series D Subclass", a "Series D-1 Subclass", and a "Series D-2 Sub-Class." Defendant denies it did anything wrong.

### 3. Why is this lawsuit a class action?

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- There are well over forty members in the Class;
- There are legal questions and facts that are common to each of them;
- James Ginzkey, Richard Fitzgerald, Charles Cerf, Barry Donner's claims are typical of the Class claims;
- James Ginzkey, Richard Fitzgerald, Charles Cerf, Barry Donner's, and the lawyers representing the Class will fairly and adequately represent the interests of the Class;
- The common legal questions and facts are more important than questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order on Defendant's Motion to Deny Class Certification and Plaintiffs' Motion for Class Certification, which is available at www.BeamreachClassAction.com.

## THE CLAIMS IN THE LAWSUIT

### 4. What is the lawsuit about?

In the lawsuit, the Plaintiffs allege that NSC was negligent in its due diligence and approval of Beamreach for sale in light of the numerous "red flags" that Beamreach presented as an investment opportunity. As a result, Plaintiffs say that NSC should not have sold Beamreach, and should not be able to retain commissions it earned for the sales of Beamreach. You can read Plaintiffs' Class Action Complaint at www.BeamreachClassAction.com.

### 5. How does NSC answer?

NSC denies that it did anything wrong and denies all claims against it. NSC also asserts that class certification was not appropriate.

### 6. Has the Court decided who is right?

The Court has not decided whether NSC or the Plaintiffs are correct. By establishing the Class and issuing this notice, the Court is not suggesting that the Plaintiffs will win or lose this case. The Plaintiffs must prove their claims at a trial to be set. (See "The Trial" below.)

### 7. What are the Plaintiffs asking for?

The Plaintiffs are asking that NSC be ordered to pay compensatory damages in an amount equal to the Beamreach investments sold by NSC, along with the reasonable attorneys' fees and costs incurred byPlaintiffs.

### 8. Is there any money available now?

No money is available now because the Court has not decided whether NSC did anything wrong, and the two sides have not settled the case. There is no guarantee that money will ever be obtained. If it is, you will be notified about how to get your share.

## WHO IS IN THE CLASS

### 9. Am I part of these Sub-Classes?

Judge Martinez decided that the Plaintiffs could proceed with a class action on behalf of the following Class and Sub-Classes:

> Beamreach Class: All persons who invested in Beamreach Offerings (as defined above) through the Defendant, at any time between February 6, 2015 and February 9, 2017 inclusive (the "Class Period").
>
> Series D Sub-Class: All persons who invested in Beamreach Series D (as defined above) through the Defendant, at any time between February 6, 2015 and December 31, 2016 inclusive (the "Sub-Class D Period").
>
> Series D-1 Sub-Class: All persons who invested in Beamreach Series D-1 (as defined above) through the Defendant, at any time between June 1, 2016 and February 9, 2017 inclusive (the "Sub-Class D-1 Period").
>
> Series D-2 Sub-Class: All persons who invested in Beamreach Series D-1 (as defined above) through the Defendant, at any time between October 1, 2016 and February 9, 2017 inclusive (the "Sub-Class D-2 Period").

### 10. I'm still not sure if I'm included.

If you are still not sure whether you are included, you can get free help at www.BeamreachClassAction.com, or by calling or writing the lawyers representing the Class at the phone number or address listed in Question 20.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded before the trial, and you have to decide this now.

### 11. What happens if I do nothing at all?

By doing nothing you are staying in the Class. If you stay in the Class, you keep the possibility of getting money from this lawsuit if you stay in and the Plaintiffs obtain money, either as a result of the trial or a settlement. You will be notified about how to apply for a share (or how to ask to be excluded from any settlement). **Keep in mind that if you do nothing now, regardless of whetherthe Plaintiffs win or lose the trial, you will not be able to sue, or continue to sue, NSC — as part of any other lawsuit or arbitration proceeding — about the same legal claims that are the subject of this lawsuit**. You will also be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action.

### 12. Why would I ask to be excluded?

If you already have a lawsuit or arbitration pending against NSC seeking damages related to investment losses in Beamreach and want to continue seeking recovery from NSC through that lawsuit or arbitration, or if you want to sue NSC on your own and maintain control over the lawsuit, rather than be bound by decisions made by others in this lawsuit, you may want to be excluded from the Class. If you exclude yourself from the Class — which also means to remove yourself from the Class and is sometimes called "opting-out" of the Class — you won't get any money from this lawsuit even if the Plaintiffs win after a trial or settle the case. However, you may then be able to sue or arbitrate against, or continue to sue or arbitrate against, NSC seeking recovery of your Beamreach investment losses.

If you exclude yourself, you will not be legally bound by the Court's judgments in this class action. If you start your own lawsuit or arbitration proceeding against NSC after you exclude yourself, you'll have to hire and pay your own lawyer for

that lawsuit, and you'll have to prove your claims.

### 13. How do I ask the Court to exclude me from the Class?

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Ginzkey et al. v. NSC*. Be sure to include your name, address, and sign the letter. You must mail your Exclusion Request postmarked by DATE, 2021, to:Stoltmann Law Offices, P.C., 600 Hart Road, Suite 115, Barrington, IL 60010 and James Morrison, Baker & Hostetler LLP, 999 Third Avenue, Suite 3900, Seattle, WA 98104.

## THE LAWYERS REPRESENTING YOU

### 14. Do I have a lawyer in this case?

The Court has appointed Stoltmann Law Offices, P.C., (www.stoltlaw.com), and Law Offices of Joshua B. Kons, LLC (www.investmentlossattorney.com) to represent you and all Class members. These lawyers are called Class Counsel. They are experienced in handling similar cases. More information about these attorneys can be found at their websites.

### 15. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 16. How will the lawyers be paid?

If Class Counsel obtains money for the Class, they may ask the Court for fees and expenses. You will not have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Defendant.

## THE TRIAL

The Court has scheduled a trial for May 9-20, 2022, to decide who is right in this case.

### 17. How and when will the Court decide who is right?

As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at trial. The trial is date is yet to be set and will take place in the United States District Court for the Western District of Washington, 700 Stewart Street, Suite 13134, Seattle, WA 98101. During the trial, a Jury or the Judge will hear all the evidence to help them reach a decision about whether the Plaintiffs or the Defendant are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class.

### 18. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will present the case for the Plaintiffs and NSC will present its defenses. You or your own lawyer are welcome to come at your own expense.

### 19.  Will I get money after the trial?

If the Plaintiffs obtain money as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this will take.

## GETTING MORE INFORMATION

### 20. Are more details available?

Visit the website, www.BeamreachClassAction.com, where you will find the Court's Orders certifying the class, the Class Action Complaint that the Plaintiffs submitted, and the Defendant's Answer to the Class Action Complaint. You also can speak to one of the lawyers by calling (833) 404-4963 toll free or by writing to: Stoltmann Law Offices, P.C., 600 Hart Road, Suite 115, Barrington, IL 60010.

**PLEASE DO NOT CONTACT THE COURT, THE JUDGE, OR THE DEFENDANT WITH QUESTIONS ABOUT THE ACTION.**

QUESTIONS? CALL (833) 404-4963 OR VISIT **WWW.BEAMREACHCLASSACTION.COM**