THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation<br><br>*Defendant*. | Case No.: 2:18-cv-1773-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ORDER APPROVING PROPOSED NOTICE PLAN** |

WHEREAS, THIS MATTER came before the Court on Plaintiffs' Unopposed Motion for Approval Plaintiffs' Proposed Notice Plan (Dkt. No. 78);

WHEREAS, THE COURT considered the Plaintiffs' Motion (Dkt. No. 80) and Defendant's lack of opposition thereto;

NOW, THEREFORE, THE COURT ORDERS THAT the motion is GRANTED; and FURTHER ORDERS THAT the Plaintiffs' Proposed Notice Plan (Dkt. No. 78) is approved by this Court.

//

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER APPROVING PROPOSED NOTICE PLAN
Case No. 2:18-cv-1773-RSM

STOLTMANN LAW OFFICES, P.C.
161 North Clark St., 16th Floor
Chicago, Illinois 60601
312-332-4200

1  DATED this 26th day of October, 2021.

2

3

4

5
                                        RICARDO S. MARTINEZ
6                                       CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11  "Presented by"
    Dated this 22nd day of October, 2021.
12

13  By: /s/ David Neuman
    David Neuman, Esq. (WSB #48176)
14  ISRAELS NEUMAN PLC
    10900 NE 8th Street, Suite 1000
15  Bellevue, Washington 98004
    dave@israelsneuman.com
16

17

18

19

20

21

22

23

24

25

26

27
                                        2
28