THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**NOTICE OF MOTION RENOTED RE: DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**RENOTED FOR CONSIDERATION: JANUARY 28, 2022** |

TO: The Clerk of the Court

Please be advised that pursuant to Local Civil Rule 7(l), Defendant National Securities Corporation submits this Notice of Motion Renoted to advise the Court and all parties and their counsel that Defendant's Motion for Summary Judgment, Dkt. 83, is hereby renoted from January 21, 2022 to January 28, 2022. (No response to the motion has been filed.)

---

NOTICE OF MOTION RENOTED RE
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 1 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

1     DATED this 29th day of December, 2021.

                                                        Respectfully submitted,

                                                        **BAKER & HOSTETLER LLP**

*s/ Curt Roy Hineline*
Curt Roy Hineline, WSBA #16317
James R. Morrison, WSBA #43043
Alexander Vitruk, WSBA #57337
Logan F. Peppin, WSBA #55704
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: chineline@bakerlaw.com
Email: jmorrison@bakerlaw.com
Email: avitruk@bakerlaw.com
Email: lpeppin@bakerlaw.com

Daniel J. Buzzetta (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

*Attorney for Defendant*
*National Securities Corporation*

NOTICE OF MOTION RENOTED RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David P. Neuman, WSBA #48176
Israels Neuman PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Joseph Wojciechowski, Esq., *pro hac vice*
Sara Hanley, Esq., pro hac vice
Stoltmann Law Offices, P.C.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
Email: joe@stoltlaw.com
          sara@stoltlaw.com

Joshua B. Kons, Esq.
LAW OFFICES OF JOSHUA B. KONS, LLC
92 Hopmeadow St., Lower Level
Weatogue, Connecticut 06089
PH: (860) 920-5181
Email: joshuakons@konslaw.com

Alexander Loftus, Esq.
*Pro hac vice*
LOFTUS & EISENBERG, LTD.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
alex@loftusandeisenberg.com

**Attorneys for Plaintiffs**

Curt Roy Hineline, WSBA #16317
James Morrison, WSBA #43043
Alexander Vitruk, WSBA #57337
Logan F. Peppin, WSBA #55704
BAKER & HOSTETLER, LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: dgreene@bakerlaw.com
          chineline@bakerlaw.com
          jmorrison@bakerlaw.com

Daniel Buzzetta (*pro hac vice*)
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

**Attorneys for Defendant**

*s/ DeAnne Adams*
DeAnne Adams
Legal Assistant

NOTICE OF MOTION RENOTED RE
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 3 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380