THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**STIPULATED MOTION AND ORDER EXTENDING THE DISPOSITVE MOTION DEADLINE**<br><br>NOTE ON MOTION CALENDAR:<br>FEBRUARY 7, 2022 |

Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, Barry Donner (collectively, "Plaintiffs") and Defendant National Securities Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this Stipulated Motion to Extending the Dispositive Motion Deadline in this case. In the Court's July 30, 2021 Order Setting Trial Dates and Related Dates on July 30, 2021 (Dkt. 76), the Court set a deadline for the Parties to submit dispositive motions by Tuesday, February 8, 2022. Under Fed. R. Civ. P. 16(b), this deadline may be modified for "good cause." Defendant requests that the Court extend the dispositive motion deadline just two days, to Thursday, February 10, 2022. Defendant's counsel has been diligently working on a motion for summary judgment in this matter. However, three of Defendant's attorneys have been ill with COVID-19 in the past month, which has impacted

STIPULATION AND ORDER TO EXTEND
DISPOSITIVE MOTION DEADLINE - 1 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

Defendant's ability to meet the February 8, 2022 dispositive motion deadline. Additionally, the parties recently held a mediation on February 2, 2022, which necessarily required the attention of Defendant's attorneys to be diverted away from preparing the motion for summary judgment. Because summary judgment motions are required under LCR 7 to be filed with a four Friday notice, this short extension will have no impact on the date the briefing will be completed and submitted to the Court. Plaintiffs have stipulated to this motion and do not oppose the extension.

DATED this 7th day of February, 2022.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*s/James R. Morrison*
Curt Roy Hineline, WSBA #16317
James R. Morrison, WSBA #43043
Alexander Vitruk, WSBA #57337
Logan F. Peppin, WSBA #55704
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: chineline@bakerlaw.com
Email: jmorrison@bakerlaw.com
Email: avitruk@bakerlaw.com
Email: lpeppin@bakerlaw.com

Daniel J. Buzzetta (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

*Attorney for Defendant*
*National Securities Corporation*

STIPULATED MOTION AND ORDER
EXTENDING THE DISPOSITIVE MOTION
DEADLINE  - 2 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

| | |
|---|---|
| 1 | |
| 2 | s/David P. Neuman |
| | David P. Neuman, WSBA #48176 |
| 3 | Israels Neuman PLC |
| | 10900 NE 8th Street, Suite 100 |
| 4 | PMB #155 |
| | Bellevue, Washington 98004 |
| 5 | Tel: (206) 795-5798 |
| | Email: dave@israelsneuman.com |

Joseph Wojciechowski, Esq., *pro hac vice*
Sara Hanley, Esq., pro hac vice
Stoltmann Law Offices, P.C.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
Email: joe@stoltlaw.com
      sara@stoltlaw.com

Joshua B. Kons, Esq.
LAW OFFICES OF JOSHUA B. KONS, LLC
92 Hopmeadow St., Lower Level
Weatogue, Connecticut 06089
PH: (860) 920-5181
Email: joshuakons@konslaw.com

Alexander Loftus, Esq.
*Pro hac vice*
LOFTUS & EISENBERG, LTD.
161 N. Clark St., 16th Floor
Chicago, IL 60601
Tel: (312) 899-6625
alex@loftusandeisenberg.com

***Attorneys for Plaintiffs***

---

STIPULATED MOTION AND ORDER
EXTENDING THE DISPOSITIVE MOTION
DEADLINE  - 3 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

**ORDER**

THIS MATTER came before this Court upon the Parties' Stipulated Motion Extending the Dispositive Motion Deadline. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The Order Setting Trial Dates and Related Dates is amended as follows:

| Deadline | Initial Date | Proposed Revised Date |
|---|---|---|
| Dispositive Motion Deadline | February 8, 2022 | February 10, 2022 |

DATED this 8th day of February, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**BAKER & HOSTETLER LLP**

s/James R. Morrison
Curt Roy Hineline, WSBA #16317
James R. Morrison, WSBA #43043
Alexander Vitruk, WSBA #57337
Logan F. Peppin, WSBA #55704
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: chineline@bakerlaw.com
Email: jmorrison@bakerlaw.com
Email: avitruk@bakerlaw.com
Email: lpeppin@bakerlaw.com

*Attorney for Defendant*
*National Securities Corporation*

STIPULATED MOTION AND ORDER
EXTENDING THE DISPOSITIVE MOTION
DEADLINE  - 4 -
CASE NO. 2:18-CV-1773

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380