THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**DECLARATION OF JAMES R. MORRISON IN SUPPORT OF DEFENDANT NATIONAL SECURITIES CORPORATION'S MOTION TO EXCLUDE MASON ALAN DINEHART III'S PROPOSED EXPERT OPINIONS**<br><br>ORAL ARGUMENT REQUESTED |

I, James R. Morrison, am older than 21 years of age, have personal knowledge of the facts, and am competent to testify thereto.

1. I am an attorney representing defendant National Securities Corporation ("NSC") in this matter.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the publicly available website https://www.imdb.com/title/tt0076983/.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from 2/4/2004 - Academic Certificate for Mason Dinehart.

DECLARATION OF JAMES R. MORRISON ISO DEFENDANT'S MOTION TO EXCLUDE MASON ALAN DINEHART III's EXPERT TESTIMONY - 1
(Case No.: 2:18-CV-1773)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Broker Check report for Silber Bennett Financial Inc., CRD# 156435.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Broker Check report for Boardwalk Capital Corp.., CRD# 10279 dated 6/26/2007.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Broker Check Report of Mason Alan Dinehart III, CRD # 68314.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Expert Report of Mason Alan Dinehart III, dated 11/10/2021.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the Rebuttal Expert Report of Mason Alan Dinehart III, dated 12/15/2021.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the January 5, 2022 deposition transcript of Plaintiffs' designated expert Mason Alan Dinehart III.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the Rebuttal Expert Report of William Purcell dated 12/15/2021.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the Rebuttal Expert Report of Kamran Fotouhi dated 12/15/2021.

12. Attached as Exhibit 11 is a true and correct copy of documents produced by Mason Alan Dinehart III bates numbered Dinehart Subpoena Response 000328-343, 380.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from an article titled "A. Checklist for "Reasonable" Due Diligence 'The Scorecard'" by Mason Alan Dinehart III.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Expert Report Of Mason Alan Dinehart III, dated 11/10/2021.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the Expert Report Of Mason Alan Dinehart III, dated 11/10/2021 and Rebuttal Expert Report of Mason Alan Dinehart III, dated 12/15/2021.

DECLARATION OF JAMES R. MORRISON ISO DEFENDANT'S MOTION TO EXCLUDE MASON ALAN DINEHART III's EXPERT TESTIMONY - 2
(Case No.: 2:18-CV-1773)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the Expert Report Of Mason Alan Dinehart III, dated 11/10/2021 and Rebuttal Expert Report of Mason Alan Dinehart III, dated 12/15/2021.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the Expert Report Of Mason Alan Dinehart III, dated 11/10/2021 and Rebuttal Expert Report of Mason Alan Dinehart III, dated 12/15/2021.

18. Attached as Exhibit 17 is a true and correct copy of excerpts from the Arbitrator Disclosure Report of Mason Alan Dinehart III, listing his employment as the "Dir. of Advertising Compliance", "Branch Supervisor", "Sr. VP Marketing", "VP Marketing Compliance", and "VP Marketing/Branch Manager".

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February, 2022 in Issaquah, Washington.

*s/ James R. Morrison*
*James R. Morrison*

DECLARATION OF JAMES R. MORRISON ISO
DEFENDANT'S MOTION TO EXCLUDE MASON
ALAN DINEHART III's EXPERT TESTIMONY - 3
(Case No.: 2:18-CV-1773)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David P. Neuman, WSBA #48176
Israels Neuman PLC
506 Second Avenue, Suite 1400
Seattle, WA 98104
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
Sara Hanley, *pro hac vice*
Stoltmann Law Offices
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com
joe@stoltlaw.com
sara@stoltlaw.com

Joshua B. Kons, *pro hac vice*
Law Offices of Joshua B. Kons, LLC
92 Hopmeadow St., Lower Level
Weatogue, Connecticut 06089
Tel: (860) 920-5181
Email: joshuakons@konslaw.com

***Attorneys for Plaintiffs***

                        *s/ Laetitia Knox*
                        Laetitia Knox
                        Legal Assistant

---

DECLARATION OF JAMES R. MORRISON ISO
DEFENDANT'S MOTION TO EXCLUDE MASON
ALAN DINEHART III's EXPERT TESTIMONY - 4
(Case No.: 2:18-CV-1773)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380