THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY ALL CASE DEADLINES AND STRIKE TRIAL DATE**<br><br>NOTE ON MOTION CALENDAR: MARCH 30, 2022<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Stay All Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

1) All case deadlines are stayed;

2) The trial date is stricken;

3) The Court shall not rule on Defendant's merits-based motion for summary judgment (Dkt. 96), Defendant's motion to exclude plaintiffs' expert Mason Alan Dinehart III's proposed expert opinions (Dkt. 113), and Defendant's motion for interlocutory appeal of court order denying

first motion for summary judgment (Dkt. 117) until after the conclusion of the settlement process, if necessary; and

4) The parties shall file a motion for preliminary approval of the class settlement by no later than April 29, 2022 or file a status report by that date advising the Court of the status of the case.

DATED this 31st day of March, 2022.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY   -2-
ALL CASE DEADLINES AND STRIKE TRIAL DATE
(Case No.: 2:18-CV-1773)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

Presented by:

**BAKER & HOSTETLER LLP**

*s/ James R. Morrison*
James R. Morrison, WSBA #43043
Curt Roy Hineline, WSBA #16317
Alexander Vitruk, WSBA #57337
Logan F. Peppin, WSBA #55704
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: chineline@bakerlaw.com
Email: jmorrison@bakerlaw.com
Email: avitruk@bakerlaw.com
Email: lpeppin@bakerlaw.com

Daniel J. Buzzetta (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4236
Fax: (212) 589-4201
Email: dbuzzetta@bakerlaw.com

*Attorney for Defendant*
*National Securities Corporation*


*s/ David P. Neuman*
David P. Neuman, WSBA #48176
ISRAELS NEUMAN PLC
10900 NE 8th Street, Suite 100
PMB #155
Bellevue, Washington 98004
Tel: (206) 795-5798
Email: dave@israelsneuman.com

Alexander N. Loftus, *pro hac vice*
Joseph Wojciechowski, *pro hac vice*
STOLTMANN LAW OFFICES
233 S. Wacker, 84th Floor
Chicago, IL 60606
Tel: (312) 332-4200
Email: alex@stoltlaw.com; joe@stoltlaw.com

| | |
|---|---|
| 1 | |
| 2 | Joshua B. Kons, Esq., *pro hac vice*<br>**LAW OFFICES OF JOSHUA B. KONS, LLC** |
| 3 | 939 West North Avenue, Suite 750<br>Chicago, IL 60642 |
| 4 | Tel: (312) 757-2272 |
| 5 | Email: joshuakons@konslaw.com |
| 6 | *Attorneys for Plaintiffs* |

Joshua B. Kons, Esq., *pro hac vice*
**LAW OFFICES OF JOSHUA B. KONS, LLC**
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Email: joshuakons@konslaw.com

*Attorneys for Plaintiffs*