# EXHIBIT A

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01773-RSM<br><br>**DECLARATION OF FRED KNOPF** |

I, Fred Knopf, am older than 21 years of age, have personal knowledge of the facts stated herein based on my own knowledge and a review of pertinent National Securities Corporation's records, and am competent to testify thereto.

1. I am the General Counsel for National Securities Corporation ("NSC"), a position I have held since 2017. I am also the Deputy General Counsel, Head of Litigation at non-party B. Riley Financial Inc. ("B. Riley"). B. Riley is the current parent corporation of NSC.

2. NSC and B. Riley provide investment brokerage services to investors. NSC and B. Riley are typically paid by investors for their brokerage services in the form of commissions, calculated as 1-4 percent of purchases or sales.

3. In the above-captioned matter, Plaintiffs and settlement class members comprise investors who claim to have lost money as a result of investing in Beamreach Solar (f/k/a Solexel) between February 6, 2015 and February 9, 2017 through NSC as a placement agent.

4. Those investors paid approximately $5,894,010 in commissions to NSC over that roughly two-year period. This amount includes commissions for the Beamreach securities and also other securities that Plaintiffs and settlement class members invested in through NSC. Should those investors choose to invest at similar levels through NSC or B. Riley over the two years following the effective date of the Settlement Agreement in this matter, those investors would save approximately $5,894,010 by receiving Commission-Free Brokerage Services (as defined in the Settlement Agreement).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2022 in Milford, Connecticut.



Fred Knopf