# EXHIBIT 3

**7:36 AM**
**09/09/22**
**Accrual Basis**

# STOLTMANN LAW OFFICES, P.C.
## CLIENT LEDGER - BEAMREACH
### All Transactions

| Type | Date | Num | Name | Source Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **BEAMREACH/DONNER** | | | | | | | | | |
| Bill | 07/31/18 | 3091585984 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 1.37 | | -1.37 |
| Bill | 08/31/18 | 3091627657 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 9.13 | | -10.50 |
| Bill | 10/31/18 | 3091718968 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 12.54 | | -23.04 |
| Bill | 11/12/18 | Beamreach/Donner | BEAMREACH/DONNER | Dinehart, Mason A. III | Expert witness services | 50140 · Expert ... | 4,500.00 | | -4,523.04 |
| Bill | 11/30/18 | 3091763061 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 7.43 | | -4,530.47 |
| Bill | 11/30/18 | 3091763061 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 3.35 | | -4,533.82 |
| Bill | 12/31/18 | 3091809595 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 9.73 | | -4,543.55 |
| Bill | 12/31/18 | 3091809595 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 3.40 | | -4,546.95 |
| Bill | 01/08/19 | 105939 | BEAMREACH/DONNER | Eclipse Process Service, LLC | Photocopy and Scanning Charges | 52000 · Reimb... | 84.85 | | -4,631.80 |
| Bill | 02/28/19 | 3091900231 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 7.90 | | -4,639.70 |
| Bill | 03/31/19 | 3091947051 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 115.78 | | -4,755.48 |
| Bill | 03/31/19 | 3091947051 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 26.17 | | -4,781.65 |
| Bill | 06/30/19 | 3092089837 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 8.71 | | -4,790.36 |
| Bill | 09/25/19 | 6-748-24163 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 8.65 | | -4,799.01 |
| Bill | 09/25/19 | 6-748-24163 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 26.96 | | -4,825.97 |
| Bill | 09/25/19 | 6-748-24163 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 31.67 | | -4,857.64 |
| Bill | 02/12/20 | 335571 | BEAMREACH/DONNER | Wells Fargo Bank, N.A. | Subpoena: request for information | 52000 · Reimb... | 148.50 | | -5,006.14 |
| Bill | 02/16/20 | No. 2:18-CV-1773 | BEAMREACH/DONNER | Opus Bank | Subpoena: request for information | 52000 · Reimb... | 44.06 | | -5,050.20 |
| Bill | 02/29/20 | 3092507704 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 45.32 | | -5,095.52 |
| Bill | 02/29/20 | February 2020 | BEAMREACH/DONNER | Loftus, LLC | Travel: Hotel Charges | 52000 · Reimb... | 296.80 | | -5,392.32 |
| Bill | 02/29/20 | February 2020 | BEAMREACH/DONNER | Loftus, LLC | Travel: Hotel Charges | 52000 · Reimb... | 360.37 | | -5,752.69 |
| Bill | 03/19/20 | OC4260435 | BEAMREACH/DONNER | Veritext, LLC | Legal services provided | 50140 · Expert ... | 776.98 | | -6,529.67 |
| Bill | 03/31/20 | 3092547886 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 6.56 | | -6,536.23 |
| Bill | 04/06/20 | Reimb. | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Airfare | 52000 · Reimb... | 341.96 | | -6,878.19 |
| Bill | 04/06/20 | Reimb. | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Airfare | 52000 · Reimb... | 50.00 | | -6,928.19 |
| Bill | 07/22/20 | 7-072-29964 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 53.30 | | -6,981.49 |
| Bill | 08/26/20 | 7-105-10497 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 47.68 | | -7,029.17 |
| Bill | 09/30/20 | 3092861098 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 5.94 | | -7,035.11 |
| Bill | 10/02/20 | MW4566561 | BEAMREACH/DONNER | Veritext, LLC | Legal services provided | 50140 · Expert ... | 2,450.45 | | -9,485.56 |
| Bill | 10/26/20 | Haley PHV | BEAMREACH/DONNER | Israels & Neuman, PLC | Court Fee | 52000 · Reimb... | 231.00 | | -9,716.56 |
| Bill | 10/28/20 | 7-164-32881 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 47.68 | | -9,764.24 |
| Bill | 10/28/20 | 7-164-32881 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 15.59 | | -9,779.83 |
| Bill | 10/31/20 | 3092917349 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 153.31 | | -9,933.14 |
| Bill | 11/17/20 | 86904 | BEAMREACH/DONNER | SDR Seattle Deposition Reporters | Case No. 2:18-CV-01773-RSM Ginzkey, Donner, Beamreach v. NSC | 52000 · Reimb... | 703.00 | | -10,636.14 |
| Bill | 11/30/20 | 3092951532 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 44.57 | | -10,680.71 |
| Bill | 12/02/20 | 7-200-70152 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense | 52000 · Reimb... | 38.45 | | -10,719.16 |
| Bill | 12/31/20 | 3093037100 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 277.25 | | -10,996.41 |
| Bill | 04/30/21 | 3093212453 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 14.46 | | -11,010.87 |
| Bill | 05/31/21 | 3093289485 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 154.72 | | -11,165.59 |
| Bill | 09/20/21 | Ginzkey-Retainer | BEAMREACH/DONNER | Dinehart, Mason Alan | SLO Clients Retainers | 52000 · Reimb... | 5,000.00 | | -16,165.59 |
| Bill | 09/30/21 | 3093461671 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 14.07 | | -16,179.66 |
| Bill | 10/04/21 | Beamreach | BEAMREACH/DONNER | Dinehart, Mason Alan | Expert witness services-Scorecards | 50140 · Expert ... | 6,625.00 | | -22,804.66 |
| Bill | 10/13/21 | 7-531-24439 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-10/06/21 | 52000 · Reimb... | 11.55 | | -22,816.21 |
| Bill | 10/13/21 | Beamreach/Donner 2 | BEAMREACH/DONNER | Dinehart, Mason Alan | Expert witness services | 50140 · Expert ... | 11,953.12 | | -34,769.33 |
| Bill | 10/18/21 | 4 | BEAMREACH/DONNER | Dinehart, Mason Alan | Expert witness services | 50140 · Expert ... | 2,250.00 | | -37,019.33 |
| Bill | 10/27/21 | 7-546-31084 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-10/22/21 | 52000 · Reimb... | 32.82 | | -37,052.15 |
| Bill | 10/27/21 | 7-546-31084 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-10/22/21 | 52000 · Reimb... | 36.68 | | -37,088.83 |
| Bill | 11/03/21 | 3-Beamreach | BEAMREACH/DONNER | Dinehart, Mason Alan | Expert witness services | 50140 · Expert ... | 4,687.50 | | -41,776.33 |
| Bill | 11/10/21 | 7-561-00560 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/02/21 | 52000 · Reimb... | 33.41 | | -41,809.74 |
| Bill | 11/10/21 | 7-561-00560 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/02/21 | 52000 · Reimb... | 37.34 | | -41,847.08 |
| Bill | 11/17/21 | 77-568-46773 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/08/21 | 52000 · Reimb... | 44.53 | | -41,891.61 |
| Bill | 11/17/21 | 77-568-46773 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/10/21 | 52000 · Reimb... | 48.94 | | -41,940.55 |
| Bill | 11/17/21 | 77-568-46773 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/10/21 | 52000 · Reimb... | 37.26 | | -41,977.81 |
| Bill | 11/24/21 | 7-576-77616 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/17/21 | 52000 · Reimb... | 38.92 | | -42,016.73 |
| Bill | 11/30/21 | 3093561413 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 278.83 | | -42,295.56 |
| Bill | 12/01/21 | 7-583-55988 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-11/19/21 | 52000 · Reimb... | 11.55 | | -42,307.11 |
| Bill | 12/22/21 | 7-606-71218 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-12/15/21 | 52000 · Reimb... | 36.68 | | -42,343.79 |
| Bill | 12/22/21 | 7-606-71218 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-12/15/21 | 52000 · Reimb... | 32.82 | | -42,376.61 |
| Bill | 12/29/21 | Beamreach | BEAMREACH/DONNER | Dinehart, Mason Alan | Expert witness services | 50140 · Expert ... | 11,625.00 | | -54,001.61 |
| Bill | 12/29/21 | 7-613-58553 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-12/20/21 | 52000 · Reimb... | 27.62 | | -54,029.23 |
| Bill | 12/29/21 | 7-613-58553 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-12/20/21 | 52000 · Reimb... | 46.03 | | -54,075.26 |
| Bill | 12/29/21 | 7-613-58553 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-12/20/21 | 52000 · Reimb... | 11.55 | | -54,086.81 |
| Bill | 12/29/21 | 7-613-58553 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-12/20/21 | 52000 · Reimb... | 11.55 | | -54,098.36 |
| Bill | 12/31/21 | 3093645111 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 599.59 | | -54,697.95 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Airfare | 52000 · Reimb... | 308.96 | | -55,006.91 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Travel: Hotel Charges | 52000 · Reimb... | 418.46 | | -55,425.37 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Ground Transportation/Taxicab | 52000 · Reimb... | 56.56 | | -55,481.93 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Ground Transportation/Taxicab | 52000 · Reimb... | 35.03 | | -55,516.96 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Ground Transportation/Taxicab | 52000 · Reimb... | 61.93 | | -55,578.89 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Travel meals - Mediation | 52030 · Reimb... | 12.50 | | -55,591.39 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Wi-Fi-Internet Access/In-flight | 52000 · Reimb... | 8.00 | | -55,599.39 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Travel meals - Mediation | 52030 · Reimb... | 106.55 | | -55,705.94 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Travel meals - Mediation | 52030 · Reimb... | 25.90 | | -55,731.84 |
| Bill | 01/14/22 | Reimb. for Beamrea... | BEAMREACH/DONNER | Joe Wojciechowski, Esq. | Parking | 52000 · Reimb... | 80.00 | | -55,811.84 |
| Bill | 01/19/22 | 5522905 | BEAMREACH/DONNER | Veritext, LLC | Legal services provided | 50140 · Expert ... | 5,879.25 | | -61,691.09 |
| Bill | 01/19/22 | 7-633-86901 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-01/04/22 | 52000 · Reimb... | 12.70 | | -61,703.79 |
| Bill | 01/19/22 | 7-633-86901 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-01/10/22 | 52000 · Reimb... | 155.83 | | -61,859.62 |
| Bill | 01/31/22 | 3093670025 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 577.22 | | -62,436.84 |
| Bill | 02/03/22 | 12999 | BEAMREACH/DONNER | Cogan, Stew | Expert witness services-Mediation | 50140 · Expert ... | 5,680.00 | | -68,116.84 |

**Page 1**

7:36 AM
09/09/22
**Accrual Basis**

**STOLTMANN LAW OFFICES, P.C.**
**CLIENT LEDGER - BEAMREACH**
**All Transactions**

| Type | Date | Num | Name | Source Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| Bill | 02/23/22 | 7-670-41622 | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-02/14/22 | 52000 · Reimb... | 28.63 | | -68,145.47 |
| Bill | 02/28/22 | 3093730500 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 474.84 | | -68,620.31 |
| Bill | 03/31/22 | 3093761573 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 313.01 | | -68,933.32 |
| Bill | 06/30/22 | 04/01/22-06/30/22 | BEAMREACH/DONNER | PACER | Public Access To Court Electronic Records-04/19/2022 | 52000 · Reimb... | 4.40 | | -68,937.72 |
| Bill | 06/30/22 | 04/01/22-06/30/22 | BEAMREACH/DONNER | PACER | Public Access To Court Electronic Records-04/19/2022 | 52000 · Reimb... | 0.20 | | -68,937.92 |
| Bill | 06/30/22 | 04/01/22-06/30/22 | BEAMREACH/DONNER | PACER | Public Access To Court Electronic Records-05/10/2022 | 52000 · Reimb... | 1.60 | | -68,939.52 |
| Bill | 07/28/22 | Beamreach | BEAMREACH/DONNER | Dinehart, Mason Alan | Expert witness services-Deposition | 50140 · Expert ... | 2,625.00 | | -71,564.52 |
| Bill | 08/31/22 | 3094049785 | BEAMREACH/DONNER | LexisNexis | Legal research | 52000 · Reimb... | 446.77 | | -72,011.29 |
| Bill | 09/08/22 | | BEAMREACH/DONNER | FedEx | Federal Express Delivery Expense-09/09/22 | 52000 · Reimb... | 10.80 | | -72,022.09 |
| General Jou... | 09/08/22 | Copy & Mail | BEAMREACH/DONNER | BEAMREACH/DONNER | Photocopy Charges | 52000 · Reimb... | 3,889.20 | | -75,911.29 |
| General Jou... | 09/08/22 | Copy & Mail | BEAMREACH/DONNER | BEAMREACH/DONNER | US Mail | 52000 · Reimb... | 1.69 | | -75,912.98 |
| **Total BEAMREACH/DONNER** | | | | | | | **75,912.98** | **0.00** | **-75,912.98** |
| **TOTAL** | | | | | | | **75,912.98** | **0.00** | **-75,912.98** |