# EXHIBIT 1

| Date | Atty/PL | Description of Work | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 7/13/2018 | AL | meeting with JW and JK on feasability of class action | 1.2 | $ 550.00 | $ 660.00 |
| 8/8/2018 | AL | Research Washington common law claims | 1.5 | $ 550.00 | $ 825.00 |
| 8/8/2018 | AL | Research 9th cir. Class cert for negligent misrepresentaion | 1.5 | $ 550.00 | $ 825.00 |
| 8/9/2018 | AL | research applying FINRA rules as standard of care | 3.0 | $ 550.00 | $ 1,650.00 |
| 8/12/2018 | AL | Revise and edit complaint | 4.0 | $ 550.00 | $ 2,200.00 |
| 3/6/2019 | AL | Review MTD, read case law | 6.0 | $ 550.00 | $ 3,300.00 |
| 3/8/2019 | AL | draft response to motion to dismiss | 10.0 | $ 550.00 | $ 5,500.00 |
| 3/12/2019 | AL | draft response to motion to dismiss | 4.0 | $ 550.00 | $ 2,200.00 |
| 6/7/2019 | AL | review order denying mtd | 1.4 | $ 550.00 | $ 770.00 |
| 6/7/2019 | AL | call with JW and JK discussing order and next steps | 1.0 | $ 550.00 | $ 550.00 |
| 7/22/2019 | AL | Edit joint status report, research viability of bifuracted plan, evaluate necessary discovery | 2.0 | $ 550.00 | $ 1,100.00 |
| 7/24/2019 | AL | Revise document requests, research exemplars | 3.0 | $ 550.00 | $ 1,650.00 |
| 8/22/2019 | AL | Draft response to request to produce, research objections | 3.0 | $ 550.00 | $ 1,650.00 |
| 12/30/2019 | AL | Draft 30(b)(6) Dep notice, research regarding same, conference with JW | 4.0 | $ 550.00 | $ 2,200.00 |
| 12/31/2019 | AL | Confer with counsel on subpoenas and draft riders | 2.0 | $ 550.00 | $ 1,100.00 |
| 2/23/2020 | AL | Review 30(b)(6) objections and draft response letter regarding same and research regarding affirmative defenses and class cert | 3.0 | $ 550.00 | $ 1,650.00 |
| 2/28/2020 | AL | Meeting with Ginzky for dep prep. Review articles on defending attorneys in deps | 2.0 | $ 550.00 | $ 1,100.00 |
| 3/2/2020 | AL | Ginzky deposition, travel and meetings regarding same | 7.0 | $ 550.00 | $ 3,850.00 |
| 8/7/2020 | AL | Draft 30(b)(6) Dep notice, research regarding same, conference with JW | 5.0 | $ 550.00 | $ 2,750.00 |
| 9/9/2020 | AL | review docs compiled by JW and JK | 5.0 | $ 550.00 | $ 2,750.00 |
| 9/11/2020 | AL | Edit 30(b)(6) dep outline | 4.0 | $ 550.00 | $ 2,200.00 |
| 9/16/2020 | AL | 30-b6 dep - Trocolli, email notes, discussion with JK and JW during breaks and post dep | 10.0 | $ 550.00 | $ 5,500.00 |
| 9/17/2020 | AL | Research and draft motion for class cert | 16.0 | $ 550.00 | $ 8,800.00 |
| 10/29/2020 | AL | revise draft cert motion, draft declaration | 3.0 | $ 550.00 | $ 1,650.00 |
| 11/2/2020 | AL | review and edit cert motion | 3.0 | $ 550.00 | $ 1,650.00 |
| 12/10/2020 | AL | Research and analyze choice of law issues and law of the case | 8.0 | $ 550.00 | $ 4,400.00 |
| 12/11/2020 | AL | email JK, JW with findings on choice of law analysis | 0.2 | $ 550.00 | $ 110.00 |
| 4/27/2021 | AL | review order granting class cert, research and analize next steps | 1.2 | $ 550.00 | $ 660.00 |
| 5/11/2021 | AL | Correspondence with JW regarding appeal | 0.3 | $ 550.00 | $ 165.00 |
| 5/13/2021 | AL | Review 23(f) petition, research viablity, conference with G. Eisenberg | 3.0 | $ 550.00 | $ 1,650.00 |
| 5/27/2021 | AL | prepare amended appearance, confer with D. Eisenberg, and DN for filing | 1.2 | $ 550.00 | $ 660.00 |
| 6/9/2021 | AL | review and edit joint status report | 0.5 | $ 550.00 | $ 275.00 |
| 7/20/2021 | AL | review orders entered regarding appeal | 0.2 | $ 550.00 | $ 110.00 |
| 7/23/2021 | AL | review and analyze neccessity of obtaining additonal discovery before disclosing experts, email JW, JK, SH regarding same | 1.0 | $ 550.00 | $ 550.00 |
| 7/28/2021 | AL | review local rules on trial setting, Covid-19 orders regarding scheduling | 0.8 | $ 550.00 | $ 440.00 |
| 8/20/2021 | AL | research and analyze successor lialbity, amendment of claims, correspondence with JW regarding same, veil piercing claims, viablity of supplemental discovery on B-Riley transaction and its form | 7.0 | $ 550.00 | $ 3,850.00 |
| 8/30/2021 | AL | Email JW regarding mediation | 0.4 | $ 550.00 | $ 220.00 |
| 10/11/2021 | AL | Discussion regarding Dinehart report witih JW, review controlling rules | 0.5 | $ 550.00 | $ 275.00 |
| 10/15/2021 | AL | Review and edit answers to interrogatories | 0.5 | $ 550.00 | $ 275.00 |
| 10/20/2020 | AL | Review order granting notice plan | 0.2 | $ 550.00 | $ 110.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2021 | AL | review correspondence regarding production | 0.2 | $550.00 | $ 110.00 |
| 10/26/2021 | AL | reivew order approving notice plan | 0.2 | $550.00 | $ 110.00 |
| 12/6/2021 | AL | review reports, research regarding same | 5.0 | $550.00 | $ 2,750.00 |
| 12/21/2021 | AL | review viablity of Defendants attack on duty after prior rulings, research regarding same, emails with JK and JW | 1.0 | $550.00 | $ 550.00 |
| 12/28/2021 | AL | Review and discuss choice of law issues and application of prior rulings | 1.0 | $550.00 | $ 550.00 |
| 1/18/2022 | AL | Edt MSJ response, research regarding same | 2.5 | $550.00 | $ 1,375.00 |
| 2/2/2022 | AL | mediation via Zoom w/Stew Cogan, prep prior, confer with JW, review submissions | 11.0 | $550.00 | $ 6,050.00 |
| 2/3/2022 | AL | Emails with JW regarding medaitor selection | 0.5 | $550.00 | $ 275.00 |
| 3/8/2022 | AL | Medaition session #2 via Zoom and preparation for same | 3.4 | $550.00 | $ 1,870.00 |
| 3/10/2022 | AL | Review motion to exclude opinions, research regading same | 2.0 | $550.00 | $ 1,100.00 |
| 3/24/2022 | AL | research jury instructions for WD Wash. | 2.0 | $550.00 | $ 1,100.00 |
| 3/31/2022 | AL | review motion to stay | 0.2 | $550.00 | $ 110.00 |
| 5/24/2022 | AL | conference with JW, JK regarding fee petition, research regarding same | 1.5 | $550.00 | $ 825.00 |
| 8/18/2022 | AL | review and edit time incurred | 3.5 | $550.00 | $ 1,925.00 |
| 5/28/2021 | AL | review reply in support of 23(f) motion, research reply, call with G. Eisenberg regarding same | 1.3 | $550.00 | $ 715.00 |
| 8/5/2021 | AL | review class notice | 0.5 | $550.00 | $ 275.00 |
| 11/2/2021 | AL | review final draft of interrogatorry responses | 0.3 | $550.00 | $ 165.00 |
| 2/11/2022 | AL | review second MSJ, email road mp to JW | 2.0 | $550.00 | $ 1,100.00 |
| | | | **168.7** | **$550** | **$ 92,785.00** |