THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation<br><br>*Defendant*. | Case No.: 2:18-cv-1773<br><br>**DECLARATION OF SARA E. HANLEY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES, SERVICE AWARD, AND MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

## DECLARATION OF SARA E. HANLEY, ESQ.

I, Sara E. Hanley, declare, in support of Plaintiffs' Motion for Attorney's Fees, Expenses, and Service Awards, and Final Approval of Settlement as follows:

1. I am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify thereto.

2. I am one of the attorneys representing Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, Barry Donner, and the Class.

3. I have been licensed to practice law in the State of North Carolina since 2007 and the State of Florida since 2013.

1

Declaration of Sara E. Hanley
Case No. 2:18-cv-1773

HANLEY LAW, P.A.
365 Fifth Ave. S. Ste 202
Naples, FL 34102
239-877-4330

4. I have practiced primarily in the area of securities law since 2007. Specifically, I have been of counsel to Stoltmann Law Offices since 2020. I founded Hanley Law, P.A. in 2017, and from 2007 to 2017 I was the managing partner at the Law Offices of Place and Hanley, PLLC. In total, I have focused my practice on representing investors in securities related litigation and arbitration for the past 15 years.

5. I have been appointed class counsel on several other securities related national class actions including *Jyll Brink v. Raymond James & Associates, Inc.*, Case No. 15-cv-60334 United States District Court for the Southern District of Florida; *SEC v. Jay Peak, et. al.*, Case No. 16-cv-21301 United States District Court for the Southern District of Florida; and *Finkel v. Newbridge Securities Corporation*, Case No. 13-60384 United States District Court for the Southern District of Florida.

6. I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently to these facts under oath.

7. The chart submitted correctly reflects my work performed and time spent on this case.

8. My hourly rate is $550.00 per hour which is competitive in the legal market in which I practice.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 12, 2022.

By:  /s/ Sara E. Hanley, Esq.
Attorney for Plaintiffs

2

Declaration of Sara E. Hanley
Case No. 2:18-cv-1773

HANLEY LAW, P.A.
365 Fifth Ave. S. Ste 202
Naples, FL 34102
239-877-4330