THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation<br><br>*Defendant*. | Case No.: 2:18-cv-1773<br><br>**DECLARATION OF DAVID P. NEUMAN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS, AND FINAL APPROVAL OF SETTLEMENT** |

## DECLARATION OF DAVID P. NEUMAN, ESQ.

I, David P. Neuman, declare, in support of Plaintiffs' Motion for Attorney's Fees, Expenses, and Service Awards, and Final Approval of Settlement as follows:

1. I am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify thereto.

2. I am one of the attorneys representing Plaintiffs James Ginzkey, Richard Fitzgerald, Charles Cerf, Barry Donner, and the Class.

3. I have been licensed to practice law in the State of Illinois since 2005, the State of Florida since 2010, and the State of Washington since 2014.

Declaration of David P. Neuman
Case No. 2:18-cv-1773

1

ISRAELS & NEUMAN, PLC
506 Second Avenue, Ste 1400
Seattle, WA 98104
206-795-5798

4. From November 2005 to November 2006, I worked as an associate for Foote, Meyers, Mielke & Flowers in Geneva, Illinois. My primary responsibilities were representing plaintiffs on multidistrict litigation class actions. Most of those class actions involved consumer claims.

5. Since December 2006, I have practiced primarily in the area of securities law. Specifically, I worked as an associate attorney for Stoltmann Law Offices in Chicago from December 2006 to June 2014. Most of my practice involved handling securities arbitration claims, although I also handled numerous court cases in various Illinois state courts, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Central District of Illinois, the U.S. District Court for the District of Colorado, and others. Nearly all of my litigation practice involved securities claims.

6. In July 2014, I co-founded Israels & Neuman, PLC in the Seattle area, and I have been with Israels & Neuman since then. Our firm, which has two attorneys, primarily focuses on representing investors in securities arbitration, but we have also handled litigation claims.

7. I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently to these facts under oath.

8. The chart submitted hereto as Exhibit 1 correctly reflects my work performed and time spent on this case.

9. My hourly rate is $500.00 per hour which is competitive in the legal market in which I practice.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct to the best of my knowledge, information, and belief.

2

Declaration of David P. Neuman
Case No. 2:18-cv-1773

ISRAELS & NEUMAN, PLC
506 Second Avenue, Ste 1400
Seattle, WA 98104
206-795-5798

Dated: September 12, 2022.

By: /s/ David P. Neuman, Esq.
Attorney for Plaintiffs

3

Declaration of David P. Neuman
Case No. 2:18-cv-1773

ISRAELS & NEUMAN, PLC
506 Second Avenue, Ste 1400
Seattle, WA 98104
206-795-5798