# EXHIBIT 1

| Date | Case | Activity | Hours | | |
|---|---|---|---|---|---|
| | | | | | $ 500.00 |
| Date | Case | Activity | Hours | | |
| 11/12/2018 | | Email to Joe re Log-in, pleading, formatting | 0.3 | | Total Hours: |
| 12/11/2018 | | Downloading filed docs, forwarding to SLO | 0.2 | | 19.7 |
| 1/11/2019 | | Calls with Doug Green, Joe re extensions | 0.2 | | Total Fee: |
| 1/14/2019 | | Email to Joe re brief on WA law | 0.2 | | $ 9,850.00 |
| 3/18/2019 | | Reviewing MTD response | 0.5 | | |
| 6/14/2019 | | Reviewing and Calendaring R26 Deadlines | 0.1 | | |
| 6/21/2019 | | Reviewing Defendants' Answer | 0.3 | | |
| 7/20/2020 | | Reviewing Stip Mtn Extend Class Cert Deadline | 0.1 | | |
| 10/26/2020 | | Talk with Joe re Hanley PHV Mtn; Class Cert | 0.2 | | |
| 10/26/2020 | | Filing Hanley PHV mtn | 0.2 | | |
| 11/3/2020 | | Filing class cert mtn | 0.4 | | |
| 12/8/2020 | | Downloading Defs' Resp to Mtn Class Cert | 0.2 | | |
| 12/22/2020 | | Filing reply class cert mtn | 0.2 | | |
| 4/27/2021 | | Reviewing order on Class Cert | 0.3 | | |
| 5/12/2021 | | Talk with Joe re 23(f) Mtn on Cert | 0.2 | | |
| 5/12/2021 | | Reviewing FRAP | 0.3 | | |
| 5/24/2021 | | Reviewing response mtn stay pending appeal | 0.2 | | |
| 5/24/2021 | | Filing response mtn stay pending appeal | 0.1 | | |
| 5/24/2021 | | Talk with Joe re filing response | 0.1 | | |
| 5/24/2021 | | Reviewing class notices | 0.2 | | |
| 6/10/2021 | | Reviewing and filing joint status report | 0.2 | | |
| 7/27/2021 | | Emails re trial dates | 0.1 | | |
| 8/1/2021 | | Calendaring trial dates/other deadlines | 0.1 | | |
| 8/30/2021 | | Filing Proposed Notice Plan | 0.2 | | |
| 10/4/2021 | | Reviewing Defendants' Interrogatories | 0.1 | | |
| 10/21/2021 | | Filing Mtn for Order on Prop. Notice Plan | 0.2 | | |
| 10/21/2021 | | Email re proposed mediators | 0.2 | | |
| 10/22/2021 | | Talk with Joe/Josh re mediators | 0.5 | | |
| 10/22/2021 | | Sending prop order to judge | 0.1 | | |
| 11/2/2021 | | Reviewing Interrogatory responses | 0.2 | | |
| 11/10/2021 | | Filing Expert Disclosure Report | 0.2 | | |
| 11/19/2021 | | Emails re mediation dates | 0.1 | | |
| 12/17/2021 | | Reviewing Cogan Materials re Mediation | 0.3 | | |
| 12/20/2021 | | Reviewing Emails re Med. Location/Zoom | 0.1 | | |
| 1/20/2022 | | Filing Response to MSJ | 0.3 | | |
| 1/20/2022 | | Reviewing MSJ Response | 0.5 | | |
| 1/30/2022 | | Reviewing MSJ Reply | 0.3 | | |
| 1/31/2022 | | Reviewing Plaintiffs' Med. Brief | 0.5 | | |
| 1/31/2022 | | Reviewing NSC's Med. Brief | 0.5 | | |
| 1/31/2022 | | Reviewing Plaintiffs' Med. Presentation | 0.3 | | |
| 2/2/2022 | | Mediation | 5.4 | | |
| 2/3/2022 | | Email re W.D.Wa. Trial postponements | 0.1 | | |
| 2/18/2022 | | Email to Joe re responses and Ewa removal | 0.1 | | |
| 2/18/2022 | | Email to Joe re Ewa removal from ECF | 0.1 | | |
| 2/25/2022 | | Filing MSJ2 Response and D/L Stamped Fil | 0.5 | | |
| 2/28/2022 | | Filing Response to Mtn Exclude Dinehart | 0.3 | | |

| | | | | |
|---|---|---|---|---|
| 3/5/2022 | Reviewing Plaintiffs' Resp to MSJ2 | 0.5 | | |
| 3/8/2022 | Mediation 2 | 1.5 | | |
| 3/10/2022 | Reviewing Order on MSJ1 | 0.2 | | |
| 3/17/2022 | Talk with Joe re sett/Daubert response | 0.2 | | |
| 3/18/2022 | Filing 2nd Resp to Mtn Exclude Dinehart | 0.3 | | |
| 3/30/2022 | Reviewing Jt Mtn Stay Case | 0.2 | | |
| 4/28/2022 | Reviewing Jt Status Report | 0.1 | | |
| 5/9/2022 | Reviewing Stew Cogan Decl. | 0.1 | | |
| 5/12/2022 | Reviewing Jt Status Report | 0.1 | | |
| 6/3/2022 | Talk with Joe re Filing Mtn Prelim App | 0.1 | | |
| 6/3/2022 | Filing Mtn Prelim Approval | 0.2 | | |
| 6/6/2022 | Email to Joe and Josh re Prop Order | 0.1 | | |
| 6/7/2022 | Reviewing Order Prelim Appr. Sett | 0.1 | | |