THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES GINZKEY, RICHARD FITZGERALD, CHARLES CERF, BARRY DONNER, and on behalf of the class members described below,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITIES CORPORATION, a Washington Corporation<br><br>*Defendant*. | Case: 2:18-cv-01773-RSM<br><br>**DECLARATION OF SNEHAL INDRA REGARDING DISSEMINATION OF NOTICE TO CLASS** |

I, Snehal Indra, declare and state as follows:

1. I am a Case Manager for American Legal Claim Services, LLC ("ALCS"), located in Jacksonville, Florida. I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2. ALCS is a full service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services.

3. ALCS is highly experienced in class action administration. Our consultants have handled over 300 class actions with more than 100 million claimants and $3 billion in

1

distributions. ALCS has administered class action settlements nationwide in settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, as well as securities fraud allegations.

4.  On November 8, 2021, ALCS received a Microsoft Excel file from co-counsel for Plaintiffs, Joshua B. Kons, containing the names and addresses of the class members. American Legal Claims used this spreadsheet to create a mailing database and removed any duplicate name and address records.

5.  On December 1, 2021, ALCS mailed a Notice of Pendency of Class Action ("Pendency Notice") to the class members identified in the spreadsheet referenced above. A copy of the Pendency Notice is attached hereto as Exhibit "A".

6.  To date, American Legal Claims received thirty (30) Pendency Notices as undeliverable. After research, American Legal Claims was able to obtain an updated address for one (1) Pendency Notice and re-mailed them via first-class mail.

7.  In addition, ALCS created the website, www.beamreachclassaction.com which went live on December 1, 2021. The website enables Class Members to obtain information about the Settlement. The Settlement website consists of a Homepage, a Court Documents page, a Key Dates Page, a Frequently Asked Questions Page, and an Update Address page. The website also contains the contact information for counsel to the Plaintiffs and the Defendant.

8.  A toll-free number 833-404-4963 was also provided to Class Members with an IVR, as well as an option to leave a message.

9.  With regard to opt outs and objections, the Pendency Notice advised Class Members of the option to exclude themselves provided that they do so, as instructed in the

Pendency Notice, by January 15, 2022. To date, ALCS has received one (1) Request for Exclusion from the Class and Counsel received one (1) request for exclusion directly.

10. Subsequently, the parties reached a settlement in this matter. A notice of preliminary approval of the settlement ("Preliminary Approval Notice") was mailed on July 7, 2022 based on the list of investors previously provided by counsel. The Preliminary Approval Notice also advised Class Members of their right to object to the Settlement, provided that they do so by September 5, 2022. A copy of the Preliminary Approval Notice is attached hereto as Exhibit "B".

11. To date, the noticing campaign has been successful. As of the last noticing report dated September 8, 2022 (attached as Exhibit "C"), the Preliminary Approval Notice was sent to 374 investors with only 33 mailed return pieces (2.41%). ALCS has remailed 24 notice of preliminary approval of settlement to updated addresses leaving 9 notices deemed undeliverable. In addition, ALCS has not received or been made aware of any objections to the Settlement and have received or been made aware of any further requests for exclusion.

12. Total cost for notice and to make distributions $13,370.41, which will be deducted out of the settlement proceeds received by Defendant after attorneys' fees, reimbursable costs, and service awards.

I declare under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on September 9, 2022 at Jacksonville, Florida.

_[signature]_
Snehal Indra

3